UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANGEL LEWIS, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 4:19-cv-00164-D ) |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION TO SEAL EXHIBITS

THIS MATTER having come before the Court on Defendant Nationstar Mortgage LLC D/B.A Mr. Cooper's ("Defendant" or "Nationstar") Motion to Seal Exhibits ("Motion"); the Court, having reviewed the relevant papers and memoranda, finds that the Motion should be granted for good cause.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Seal Exhibits is **GRANTED**. The Clerk is directed to accept Exhibits 1-8 to Nationstar's Motion to Enforce as sealed exhibits.

SO ORDERED. This the 31 day of March, 2021.

JAMES C. DEVER III
United States District Judge