IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-164-D

| | | |
|---|---|---|
| ANGEL LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NATIONSTAR MORTGAGE LLC d/b/a Mr. Cooper, | ) ) | |
| | ) | |
| Defendant. | ) | |

In light of defendant's response of May 10, 2021 [D.E.63], the court DISMISSES as moot plaintiff's motion to enforce settlement [D.E. 62].

SO ORDERED. This 14 day of June 2021.

JAMES C. DEVER III
United States District Court